UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 21-cr-620 (BAH) |
| | ) | |
| Anthony Vuksanaj, *defendant*. | ) | |

NOTICE

The defendant, through undersigned counsel Nathan I. Silver, Esq., appointed by this Court under the Criminal Justice Act, respectfully notifies the Court, per its minute Order of April 20, 2022, that he does not object to the exhibits referenced in the government's Notice of Filing of Items Incompatible with CM/ECF Filing (Doc. 36, April 8, 2022) being made publicly available without restriction.

This pleading is,

Respectfully submitted,

/s/

NATHAN I. SILVER, II
Unified Bar #944314
6300 Orchid Drive
Bethesda, MD 20817
(301) 229-0189 (direct)
(301) 229-3625 (fax)
email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served via ECF on Alison Prout, Esq., U.S. Attorney's Office for the Northern District of Georgia, attorney of record for the United States, this 20th day of April, 2022.

_____/s/_____
*Nathan I. Silver, II*